IN THE CIRCUIT COURT FOR THE 23RD JUDICIAL CIRCUIT
JEFFERSON COUNTY, MISSOURI

| | |
|---|---|
| BEN SCOFIELD, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 20JE-CC00277 |
| ) | |
| WSTR HOLDINGS, INC. d/b/a BIG DOG ) | |
| TREESTANDS, INC. ) | |
| ) | |
| and ) | |
| ) | |
| BUCHHEIT OF HERCULANEUM, INC. ) | |
| ) | |
|    Defendants. ) | |

## PROPOSED ORDER

Defendant Buchheit of Herculaneum, Inc.'s motion to dismiss is called, heard, and granted for the reasons stated on the record.

It is hereby ORDERED that Defendant Buchheit of Herculaneum, Inc. is dismissed pursuant to the Innocent Seller Statute Sec. 537.762 from the pending action.

IT IS SO ORDERED.

_____                 *Oct 30, 2020, 8:45 am*   J5
Date                                                                              _____
                                                           Victor Joseph Melenbrink, Circuit Court Judge

Clerk note: Claims are still pending against other defendants.

Respectfully submitted,

EVANS AND DIXON, L.L.C.

By: /s/ Brian R. Shank
Brian R. Shank  (#59955)
Metropolitan Square
211 North Broadway, Ste. 2500
St. Louis, MO 63102
Phone: (314) 621-7755
Fax:    (314) 621-3136
bshank@evans-dixon.com

and

CLARK HILL PLC

MILTON S. KARFIS
Michigan Bar No.  P55673
STEPHANIE I. ANDERSON
Michigan Bar No. P67493
151 South Old Woodward, Ste. 200
Birmingham, MI  48009
Phone:  (313) 965-8802
Fax:  (313) 309-6922
mkarfis@clarkhill.com
sanderson@clarkhill.com

*ATTORNEYS FOR DEFENDANTS
BIG DOG TREESTANDS, INC. AND BUCHHEIT
OF HERCULANEUM, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document was filed electronically with the Clerk of the Court to be served on all parties of record by operation of the Court's electronic filing system on this 17th day of September, 2020.

/s/Brian R. Shank

4592639

Exhibit A